# EXHIBIT 1



Arizona Green Party (AZGP); P.O. Box 60173, Phoenix AZ 85082; (602)417-0213; info@azgp.org; http://www.azgp.org; Facebook: Green Party of Arizona; Twitter: @AZGreenParty; YouTube: Arizona Green Party

June 9, 2016

VIA HAND DELIVERY

The Honorable Michele Reagan
Arizona Secretary of State
1700 W. Washington Street, 7th Floor
Phoenix, AZ 85007

Re: Presidential Electors for the Arizona Green Party (AZGP)

Dear Secretary Reagan,

As chairperson of the Arizona Green Party (AZGP), I have appointed and submit the following names as Presidential Electors for the Arizona Green Party:

1. Celeste Castorena
2. Angela Dixon
3. Betty Dixon
4. Theresa Gallagher
5. Antonio Macias
6. Linda Macias
7. Betty McMurrin
8. Elisa Olea
9. Richard Scott
10. Angel Torres
11. Geneva Warner

The original copies of their Presidential Electors Nomination Paper are enclosed for filing. Please date stamp these forms. Thank you.

Respectfully,

Angel Torres
Arizona Green Party (AZGP) state chairperson



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the __Green__ party, am a candidate for the office of __Presidential Elector__ subject to the Arizona General Election to be held on the __8th__ day of __November__, 20__16__.

I will have been a citizen of the United States for __51__ years next preceding my election and will have been a citizen of Arizona for __41__ years next preceding my election and will meet the age requirement for the office I seek and have resided in __MARICOPA__ County for __41__ years and in precinct __Mariposa 391__ for __13__ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

_____

Actual residence address or description of place of residence    (city or town)    (zip)

Post office address _____
                                                                 (city or town)    (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, <u>last name first</u>. A.R.S. § 16-311(G).

__Castorena__, __Celeste M.__
LAST NAME              FIRST NAME

CANDIDATE SIGNATURE: _Celeste M Castorena_

State of __Arizona__
County of __Maricopa__

Subscribed and sworn to (or affirmed) before me this __09__ day of __May__, 20__16__.
                                                                   (Date)

Notary Public: _____

KAREN SANCHEZ
NOTARY PUBLIC - ARIZONA
(Seal) Maricopa County
My Commission Expires
July 12, 2016

My Commission Expires: _____

Office Revision 01/20/12



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the _Green_ party, am a candidate for the office of _Presidential Elector_ subject to the Arizona General Election to be held on the _8th_ day of _November_, 20_16_.

I will have been a citizen of the United States for _39_ years next preceding my election and will have been a citizen of Arizona for _39_ years next preceding my election and will meet the age requirement for the office I seek and have resided in _Maricopa_ County for _39_ years and in precinct _Guerrero_ for _2½_ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

███████████████████████████████████████████

Actual residence address or description of place of residence     (city or town)     (zip)

Post office address _____

(city or town)     (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, last name first. A.R.S. § 16-311(G).

_Dixon_ , _Angela_
LAST NAME            FIRST NAME

_[signature]_
CANDIDATE SIGNATURE

State of _Arizona_
County of _Maricopa_

Subscribed and sworn to (or affirmed) before me this _8_ day of _June_, 20_16_.
(Date)

_Tony R. Macias_
Notary Public

**OFFICIAL SEAL
TONY R. MACIAS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 12, 2016**

My Commission Expires: _7-12-16_



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the _Green_ party, am a candidate for the office of _Presidential Elector_ subject to the Arizona General Election to be held on the _8th_ day of _November_, 20_16_.

I will have been a citizen of the United States for _66_ years next preceding my election and will have been a citizen of Arizona for _30_ years next preceding my election and will meet the age requirement for the office I seek and have resided in _Maricopa_ County for _21_ years and in precinct _Guerrero_ for _2½_ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Actual residence address or description of place of residence    (city or town)    (zip)

Post office address _____
(city or town)    (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, **last name first**. A.R.S. § 16-311(G).

_Dixon_, _Betty_
LAST NAME    FIRST NAME

_[signature: Betty J Dixon]_
CANDIDATE SIGNATURE

State of _Arizona_ )
County of _Maricopa_ )

Subscribed and sworn to (or affirmed) before me this _8_ day of _June_, 20_16_.
(Date)

_[signature: Tony R. Macias]_
Notary Public

My Commission Expires: _7-12-16_

OFFICIAL SEAL
TONY R. MACIAS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 12, 2016



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the __Green__ party, am a candidate for the office of __Presidential Elector__ subject to the Arizona General Election to be held on the __8th__ day of __Nov__, 20__16__.

I will have been a citizen of the United States for __55__ years next preceding my election and will have been a citizen of Arizona for __16__ years next preceding my election and will meet the age requirement for the office I seek and have resided in __Maricopa__ County for __16__ years and in precinct __Woodglen__ for __6__ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

_____
Actual residence address or description of place of residence   (city or town)   (zip)

Post office address _____
                                    (city or town)   (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, last name first. A.R.S. § 16-311(G).

__Gallagher__                    __Theresa__
LAST NAME                        FIRST NAME

__Theresa Gallagher__
CANDIDATE SIGNATURE

State of __Arizona__ )
County of __Maricopa__ )

Subscribed and sworn to (or affirmed) before me this __8__ day of __June__, 20__16__.
(Date)

OFFICIAL SEAL
TONY R. MACIAS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 12, 2016

__Tony R. Macias__
Notary Public

My Commission Expires: __July 12, 2016__

Office Revision 01/20/12



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the __Green__ party, am a candidate for the office of __Presidential Elector__ subject to the Arizona General Election to be held on the __8th__ day of __November__, 20__16__.

I will have been a citizen of the United States for __73__ years next preceding my election and will have been a citizen of Arizona for __45__ years next preceding my election and will meet the age requirement for the office I seek and have resided in __Maricopa__ County for __45__ years and in precinct __WaterWorks__ for __4__ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

_____
Actual residence address or description of place of residence    (city or town)    (zip)

Post office address _____
                                                                  (city or town)    (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, last name first. A.R.S. § 16-311(G).

| Macias | Antonio |
|---|---|
| LAST NAME | FIRST NAME |

_Antonio Macias_
CANDIDATE SIGNATURE

State of __ARIZONA__ )
County of __MARICOPA__ )

Subscribed and sworn to (or affirmed) before me this __9__ day of __June__, 20__16__.
                                                                  (Date)

_Sharon Sanchez_
Notary Public

**SHARON I. SANCHEZ**
Notary Public - State of Arizona
MARICOPA COUNTY
(Seal) My Commission Expires
July 6, 2016

My Commission Expires: __July 6, 2016__

Office Revision 01/20/12



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the __Green__ party, am a candidate for the office of __Presidential Elector__ subject to the Arizona General Election to be held on the __8th__ day of __November__, 20 __16__.

I will have been a citizen of the United States for __69__ years next preceding my election and will have been a citizen of Arizona for __45__ years next preceding my election and will meet the age requirement for the office I seek and have resided in __Maricopa__ County for __45__ years and in precinct __WaterWorks__ for __4__ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Actual residence address or description of place of residence    (city or town)    (zip)

Post office address _____

(city or town)    (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, **last name first**. A.R.S. § 16-311(G).

__Macias__          __Linda__
LAST NAME         FIRST NAME

*Linda Macias*
CANDIDATE SIGNATURE

State of __Arizona__
County of __Maricopa__

Subscribed and sworn to (or affirmed) before me this __9__ day of __June__, 20 __16__.
(Date)

*Sharon Sanchez*
Notary Public

SHARON I. SANCHEZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. (Seal) Expires
July 6, 2016

My Commission Expires: __July 6, 2016__

Office Revision 01/20/12



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the __GREEN__ party, am a candidate for the office of __PRESIDENTIAL ELECTOR__ subject to the Arizona General Election to be held on the __8TH__ day of __NOVEMBER__, 20__16__.

I will have been a citizen of the United States for __80__ years next preceding my election and will have been a citizen of Arizona for __41__ years next preceding my election and will meet the age requirement for the office I seek and have resided in __MARICOPA__ County for __41__ years and in precinct __VARNEY PARK 667__ for __5__ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

Actual residence address or description of place of residence    (city or town)    (zip)

Post office address _____

(city or town)    (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, last name first. A.R.S. § 16-311(G).

__McMURRIN__    __BETTY    J.__
LAST NAME    FIRST NAME

State of __Arizona__
County of __Maricopa__

Subscribed and sworn to (or affirmed) before me this __09__ day of __June__, 20__16__.

CANDIDATE SIGNATURE: *Betty J. McMurrin*

KAREN SANCHEZ
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
July 12, 2016

Notary Public
My Commission Expires: _____

Office Revision 01/20/12



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the __Green__ party, am a candidate for the office of __Presidential Elector__ subject to the Arizona General Election to be held on the __8th__ day of __November__, 20__16__.

I will have been a citizen of the United States for __45__ years next preceding my election and will have been a citizen of Arizona for __45__ years next preceding my election and will meet the age requirement for the office I seek and have resided in __Maricopa__ County for __45__ years and in precinct __Desert Oasis__ for __.6__ years before my election.

179

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Actual residence address or description of place of residence     (city or town)     (zip)

Post office address _____

(city or town)     (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, **last name first**. A.R.S. § 16-311(G).

__Olea__, __Elisa Maria__
LAST NAME      FIRST NAME

CANDIDATE SIGNATURE

State of __Arizona__
County of __Maricopa__

Subscribed and sworn to (or affirmed) before me this __9th__ day of __June__, 20__16__.
(Date)

(Seal)   Lorna Nyakundi
         Notary Public
         Maricopa County, Arizona
         My Comm. Expires 6/22/19

Notary Public

My Commission Expires: __06-22-2019__

Office Revision 01/20/12



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the __GREEN__ party, am a candidate for the office of __PRESIDENTIAL ELECTOR__ subject to the Arizona General Election to be held on the __8th__ day of __NOV.__, 20__16__.

I will have been a citizen of the United States for __73__ years next preceding my election and will have been a citizen of Arizona for __46__ years next preceding my election and will meet the age requirement for the office I seek and have resided in __MAR__ County for __45__ years and in precinct __SCOTTSDALE__ for __35__ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

_____
Actual residence address or description of place of residence    (city or town)    (zip)

Post office address _____
(city or town)    (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, **last name first**. A.R.S. § 16-311(G).

__Scott__          __Richard__
LAST NAME        FIRST NAME

_____
CANDIDATE SIGNATURE

State of __AZ__
County of __MARICOPA__

Subscribed and sworn to (or affirmed) before me this __9th__ day of __June__, 20__16__.
(Date)

_____
Notary Public

My Commission Expires: __Dec 18, 2016__

(Seal)

BILJAN OLCAN
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
December 18, 2016

Office Revision 01/20/12



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the _Arizona Green Party_ party, am a candidate for the office of _Presidential Elector_ subject to the Arizona General Election to be held on the _8th_ day of _November_, 20 _16_.

I will have been a citizen of the United States for _53_ years next preceding my election and will have been a citizen of Arizona for _53_ years next preceding my election and will meet the age requirement for the office I seek and have resided in _Maricopa_ County for _48_ years and in precinct _Dobbins Ranch_ for _1_ years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Actual residence address or description of place of residence    (city or town)    (zip)

Post office address ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
(city or town)    (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, last name first. A.R.S. § 16-311(G).

_TORRES_       _ANGEL_
LAST NAME    FIRST NAME

_Angel L Torres_
CANDIDATE SIGNATURE

State of _Arizona_ )
County of _Maricopa_ )

Subscribed and sworn to (or affirmed) before me this _9_ day of _June_, 20 _16_.
(Date)

_[signature]_
Notary Public

**SHELISA GOATES**
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
September 30, 2019

My Commission Expires: _Sept 30, 2019_

Office Revision 01/20/12



**STATE OF ARIZONA**

**PRESIDENTIAL ELECTOR
NOMINATION PAPER
AFFIDAVIT OF QUALIFICATION
[A.R.S. §§ 16-311, 16-344]**

FOR OFFICE USE ONLY

You are hereby notified that I, the undersigned, a qualified elector of the  Green  party, am a candidate for the office of  Presidential Elector  subject to the Arizona General Election to be held on the  8th  day of  November , 20 16 .

I will have been a citizen of the United States for  28  years next preceding my election and will have been a citizen of Arizona for  28  years next preceding my election and will meet the age requirement for the office I seek and have resided in  Maricopa  County for  28  years and in precinct  Reed Park 517  for  28  years before my election.

I do solemnly swear (or affirm) that as to these and all other qualifications, I am qualified at the time of filing to hold the office that I seek, having fulfilled the constitutional and statutory requirements for holding said office.

_____
Actual residence address or description of place of residence     (city or town)     (zip)

Post office address _____
(city or town)     (zip)

Print or type your name on the following line in the exact manner you wish it to appear on the ballot, last name first. A.R.S. § 16-311(G).

| Warner | Geneva |
|---|---|
| LAST NAME | FIRST NAME |

CANDIDATE SIGNATURE

State of  Arizona  
County of  Maricopa  

Subscribed and sworn to (or affirmed) before me this  8  day of  8 , 20 16 .
(Date)

Notary Public

**OFFICIAL SEAL
TONY R. MACIAS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 12, 2016**

My Commission Expires:  7-12-16 

Office Revision 01/20/12