# EXHIBIT 2

OFFICE OF THE SECRETARY OF STATE
STATE OF ARIZONA
RECEIPT - FILING OF PRESIDENTIAL ELECTORS NOMINATION PAPER FOR RECOGNIZED POLITICAL PARTIES

NAME OF FILER: Torres (Last) Angel (First)

RESIDENCE ADDRESS: ███████

MAILING ADDRESS: ███████

PHONE NUMBER: ███████    E-MAIL ADDRESS: ███████

☐ DEMOCRATIC   ☒ GREEN   ☐ LIBERTARIAN   ☐ REPUBLICAN

The forms submitted to the Secretary of State for nomination at the General Election to be held on **November 8, 2016** have been returned to the filer or party representative on the 9 day of June, 2016 as the filing period closed June 1, 2016.

Candidate or Representative: *Angel L Torres*

Office of the Secretary of State: *[signature]*