BARNES LAW
Robert E. Barnes, Esq., SBN: 235919
Julia Damron, Esq., SBN: 301502
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone: (310) 510-6211
Fax: (310) 510-6225
robertbarnes@barneslawllp.com
juliadamron@barneslawllp.com

Attorneys for Plaintiffs


Mark Brnovich
Attorney General

James Driscoll-MacEachron, Bar No. 027828
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8137
Fax: (602) 542-8308
James.Driscoll-MacEachron@azag.gov

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Green Party; Dr. Jill Stein; Angel Torres; and Linda Macias, <br><br> Plaintiffs, <br><br> v. <br><br> Michele Reagan, in her official capacity as Secretary of State of Arizona, <br><br> Defendant. | Case No.: 2:16-cv-02027-PHX-ESW <br><br> **STIPULATION** |

The parties stipulate and agree to the following:

1. Plaintiff the Arizona Green Party is a recognized party in Arizona pursuant to A.R.S. § 16-801.
2. Celeste Castorena, Angela Dixon, Betty Dixon, Theresa Gallagher, Antonio Macias, Linda Macias, Betty McMurrin, Elisa Olea, Richard Scott, Angel Torres, and Geneva Warner are the presidential electors the Arizona Green Party selected for the 2016 Presidential Election.
3. A.R.S. § 16-311(E) and A.R.S. § 16-344 require the submission of nomination papers for the office of presidential elector by 5:00pm on the last date of filing.
4. For the 2016 election cycle, the last date to file under A.R.S. § 16-311(E) was June 1, 2016.
5. The Secretary's Office sent reminders to the Arizona Green Party on June 1, 2016 that it was the deadline for presidential elector filings. The Arizona Green Party did not submit their nomination papers on June 1, 2016, but attempted to cure their error after the deadline passed. Because the statutory deadline had passed, the Secretary's Office acknowledged the attempted filing but did not accept the late-filed nomination papers in fulfillment of A.R.S. § 16-311(E)'s requirement.
6. If the Arizona Green Party's nomination papers are not accepted, the Green Party candidate for president will not appear on the general election ballot.
7. In this instance, the acceptance of the Arizona Green Party's nomination papers will not prejudice the preparation of the 2016 general election ballot.
8. The parties agree that the Court may therefore enter an injunction enjoining the Secretary from refusing to accept the nomination papers of Celeste Castorena, Angela Dixon, Betty Dixon, Theresa Gallagher, Antonio Macias, Linda Macias, Betty McMurrin, Elisa Olea, Richard Scott, Angel Torres, and Geneva Warner (the "Green Party Electors") and ordering the Secretary to include the names of the Green Party electors and the presidential and vice presidential candidates of the Green Party in its notification to the counties of the State of Arizona of the

2

presidential candidates and presidential electors to be included on the ballot for the November 8, 2016 general election.

9. Each party shall be responsible for its own fees and costs.
10. A proposed order is attached.

Respectfully submitted this 12th day of July, 2016.

| | |
|---|---|
| Mark Brnovich<br>Attorney General | BARNES LAW |
| s/ James Driscoll-MacEachron<br>James Driscoll-MacEachron | s/ Julia Damron<br>Robert E. Barnes, Esq. |
| Assistant Attorney General<br>Attorneys for Defendant | Julia Damron, Esq.<br>Attorneys for Plaintiffs |

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and sent via electronic mail a copy of same if non-registrants, this 12th day of July, 2016:

Mark Brnovich, Attorney General
James Driscoll-MacEachron, Bar No. 027828, Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8137
Fax: (602) 542-8308
James.Driscoll-MacEachron@azag.gov
*Attorneys for Defendant*

s/_Julia Damron_____