# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Green Party, et al., | No. CV-16-02027-PHX-ESW |
| Plaintiffs, | **ORDER** |
| v. | |
| Michele Reagan, | |
| Defendant. | |

The Court having considered the parties' Stipulation (Doc. 11), and good cause appearing,

IT IS ORDERED that Defendant Michele Reagan, acting in her official capacity as Secretary of State of Arizona, and any agents, employees, or representatives of her, or any other person or entity acting on behalf of or in concert with her, be, and hereby are, enjoined from refusing to accept the nomination papers of Celeste Castorena, Angela Dixon, Betty Dixon, Theresa Gallagher, Antonio Macias, Linda Macias, Betty McMurrin, Elisa Olea, Richard Scott, Angel Torres, and Geneva Warner (the "Green Party Electors").

IT IS FURTHER ORDERED that Defendant Michele Reagan, acting in her official capacity as Secretary of State of Arizona shall include the names of the presidential candidate of the Green Party, the vice presidential candidate of the Green Party, and the Green Party electors on the notification she sends to the counties of the

State of Arizona of the presidential nominees and electors to be included on the November 8, 2016 general election.

IT IS FURTHER ORDERED that each party will bear its own fees and costs.

IT IS FURTHER ORDERED granting the Stipulation (Doc. 11) of the parties. The Clerk of Court is ordered to administratively close the case as the Stipulation (Doc. 11) of the parties resolves all pending issues.

Dated this 19th day of July, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge